

**.MR**

Pro Se 14 (INND Rev. 2/20)

RECEIVED
QR
12/8/2025
THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF Illinois, Chicago Division

[*This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.*]

Melvin Q Perkins

[*You are the **PLAINTIFF**, print your full name on this line.*]

v.

Chicago Transit Authority
Chicago Police Department 1st District
K9 unit Chicago Unit/Division

[*The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.*]

**1:25-cv-14885**
**Judge Sharon Johnson Coleman**
**Magistrate Judge Laura K. McNally**
**PC 2**
**RANDOM/ CAT.3**

Case Number _____

[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

Formal U.S.D.C Complaint

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [*Put the defendant named in the caption in this box.*]<br>Chicago transit Authority<br>CTA President Nora leerhsen | |
| 2 | [*Put the names of any other defendants in these boxes.*]<br>K9 unit President David Bear<br>Chicago Division | |
| 3 | Chicago Police Department 1st District<br>Larry Snelling | Chic... |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? **3**

2. What is the name and address of your prison or jail? Plainfield Correctional Facility

3. Did the event you are suing about happen there? ○ Yes. ☑ No, it happened at: _____

4. On what date did this event occur? June 26, 2025

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On June 26, 2025 at approximately 7:54pm on the Jackson blueline platform of the Chicago Transit Authority, Chicago City train, Plaintiff was standing waiting for the City train to arrive when K9 unit officer who was contracted with the Chicago Transit Authority began to pull his phone from his pocket and started a live stream with his phone directly on Plaintiff yelling obscenities at Plaintiff property of Plaintiff defaming Plaintiff character while talking to his audience on his live stream without Plaintiff permission to record me. The K9 unit officer didnt have a name tag displayed so Plaintiff does not know the K9 unit officer name. Plaintiff just have the time, date and place where there are camera's throughout the Chicago Transit Authority platform and stations to identify the culprit that brutally attacked Plaintiff using excessive force, physical brutality and cruel and unusual punishment while working for the

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Pro Se 14 (INND Rev. 2/20)

**Claims and Facts (continued)**

Chicago Transit Authority as an security agency. The K9 unit officer who brutally attacked Plaintiff was doing things outside of his job title and duty as a security worker for the Chicago Transit Authority. Plaintiff was not committing any crime during the time of the K9 unit officer attack but was committing as a regular Patron on his way home. The K9 unit officer was recording on live stream in front of other commuter trying to shame Plaintiff, calling Plaintiff crackhead, drug addict and homeless also outside of his job duty also pointing his phone directly toward Plaintiff to indicate to his live stream audience as this K9 officer was talking about Plaintiff. K9 unit officer was clearly insulting Plaintiff character and was the aggressor and antagonist putting Plaintiff in fear of life. K9 unit officer then took off his service belt and quickly whipped it out aggressive to hit Plaintiff several time connecting the vicious blows with his thick service belt. He kept telling Plaintiff he is going to slap the shit out of Plaintiff especially weighting over 300 pounds and Plaintiff weighted 150 pounds. The K9 unit officer then began to chase Plaintiff up a flight of stairs from the platform leading up to the higher level of the Chicago Transit Authority blue line.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

page 4

Malik Q Perkins
11/18/2025

Plainfield Correctional Facility
727 Moon Road
Plainfield Indiana 46168-9400

Station that leads to the outside Dearborn
Street As Plaintiff was being chased by
K9 Unit officer Plaintiff was terrified,
scared panicked and slipped and the K9 unit
officer tripped Plaintiff legs so Plaintiff
fell on face and the K9 unit officer
intensely jumped on top of Plaintiff with
his 300 something pounds and repeatedly
punched Plaintiff in face with hard
closed hands multiple times while the K9
unit officer kept a hand of his on my
throat and choke Plaintiff really bad than used
one hand to keep punching Plaintiff face
then went back to using both hands to
choke me until I couldn't breath I lost
consciousness momentarily While K9 Unit officer
continue to choke and punch Plaintiff with
closed hand on Plaintiff face. Plaintiff
managed to regain consciousness and able to
escape the K9 unit Stronghold, Plaintiff
was defenseless and exhausted from the
excessive force and wanton and unnecessary
infliction of pain by K9 unit officer. After
Plaintiff got loose from K9 unit officer
stronghold/attack Plaintiff got to the
top of the station outside stairs and closed

Melvin Perkins
11/18/2025

This entire brutal attack was captured on the Chicago Transit Authority train Station blueline Jackson and Platform. When Chicago Police arrived Plaintiff was still drained, exhausted and still catching my breath from the pounding and choking of the K9 unit officer. Chicago Police Department 1st District in Chicago was called to the scene never investigated thoroughly or took witness account or checked the Chicago Transit Authority camera footage near the scene but allowed the K9 unit officer to fabricate a story and make a false report. If Chicago Police Department 1st District would interview witness, look at camera footage they would have seen the brutal attack of the K9 unit officer. The K9 unit planted a weapon in Plaintiff bag to continue falsifying his statement. Video footage capture everything and the Chicago Police Department 1st District falsely and wrongfully arrested Plaintiff. Plaintiff had to sit and be process for arrest in an Police Station for not a crime was committed but the K9 unit officer was the attacker. Chicago Police Department 1st District failed to compare witness statements and review camera to see I was attacked

The Case was eventually dismissed and the State Attorney dropped the charges because they did a thoroughly review of Camera Footage and also the K9 Unit officer never showed up to Court as a complaintant because he knew his case was falsified. The Chicago Police Department 1st District arrested Plaintiff wrongly and falsely without properly investigating.

Melvin Perkins        11/18/2025
Melvin Perkins
Indiana Dept. of Corrections
Plainfield Correctional Facility
727 Moon Road
Plainfield, Indiana 46168-9400

5. When did this event happen?

☑ Before I was confined.

◯ While I was confined awaiting trial.

◯ After I was convicted while confined serving the sentence.

☑ Other: _And I was falsely arrested_

6. Have you ever sued anyone for this exact same event?

◯ No.

◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?

☑ No, this event is not grievable at this prison or jail.

◯ Yes, I filed a grievance and attached is a copy of the response from the final step.

◯ Yes, this event was grievable, but I did not file a grievance because _____

_____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?

[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

_I will like to be Compensate for painful damages, Compensatory damage ; Monetary damages in a Sum of $500,000. also injunctive Order to retrain K9 unit officer and demote the arresting officer in this Civil Complaint_

[Initial Each Statement]

MP  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.

MP  I will keep a copy of this complaint for my records.

MP  I will promptly notify the court of any change of address.

MP  I WILL NOT send more than one copy of any filing to the court.

MP  I WILL NOT send summons, USM-285, or waiver forms to the clerk.

MP  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 11 / 18 /2025 at 2.30 am/pm.

[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____        299222
Signature                                                    Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Trust Fund Offender Activity
Offender ID : 299222
Current Booking : False
From : 4/1/2025
To : 10/30/2025
Personal Financials Only : False

| Current Inst | Released | Class | Offender ID | PersonalId | Full Name | Dob | Gender | Housing |
|---|---|---|---|---|---|---|---|---|
| IYC | ☐ | Adult | 299222 | 299222 | PERKINS , M | 10/14/1986 | Male | IYC, IYC, S, |

| Task No. | Date | Task Typ | User | Institutio | Commen | Entry # | Amount | ance Cha | Balance | bt Chan | Debt | able Cha | Payable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 176428 | 10/9/20 | Transfe | Automa | BTC | Automa | | $0.00 | $0.00 | $0.00 | $252.3 | $0.00 | $0.00 | $0.00 |
| 176428 | 10/9/20 | Transfe | Automa | RDC | Automa | | $0.00 | $0.00 | $0.00 | ($252.3 | ($252.3 | $0.00 | $0.00 |
| 176428 | 10/9/20 | Intake | Automa | RDC | Automa | | $0.00 | $0.00 | $0.00 | $0.00 | ($252.3 | $0.00 | $0.00 |
| 176428 | 10/9/20 | Change | Automa | RDC | Intake | | $0.00 | $0.00 | $0.00 | $0.00 | ($252.3 | $0.00 | $0.00 |
| 177284 | 10/15/2 | Residen | yhabte | RDC | mail pr | | ($13.98 | $0.00 | $0.00 | ($13.98 | ($266.2 | $0.00 | $0.00 |
| 177382 | 10/16/2 | Residen | yhabte | RDC | Cook C | 685507 | $20.00 | $5.00 | $5.00 | $15.00 | ($251.2 | $15.00 | $15.00 |
| 177943 | 10/20/2 | Transfe | ICI-Co | RDC | Commis | 10/20/2 | ($2.63) | ($2.63) | $2.37 | $0.00 | ($251.2 | $0.00 | $15.00 |
| 179112 | 10/27/2 | Transfe | Automa | RDC | Automa | | ($17.37 | ($2.37) | $0.00 | $251.2 | $0.00 | ($15.00 | $0.00 |
| 179112 | 10/27/2 | Transfe | Automa | IYC | Automa | | $17.37 | $2.37 | $2.37 | ($251.2 | ($251.2 | $15.00 | $15.00 |
| 179112 | 10/27/2 | Change | Automa | IYC | Automa | | $0.00 | $0.00 | $2.37 | $0.00 | ($251.2 | $0.00 | $15.00 |
| 179233 | 10/27/2 | Change | Automa | IYC | Automa | | $0.00 | $0.00 | $2.37 | $0.00 | ($251.2 | $0.00 | $15.00 |
| 179271 | 10/28/2 | Residen | yhabte | IYC | RX & D | | ($10.00 | $0.00 | $2.37 | ($10.00 | ($261.2 | $0.00 | $15.00 |
| | | | | | | | ($6.61) | $2.37 | | ($8.98) | | $15.00 | |



Melvin Q Perkins
Plainfield Correctional Facility
727 Moon Road
Plainfield, Indiana 46168-9400

United States District Court Northern District
of Illinois Chicago Division

Plaintiff
Melvin Q Perkins

VS

Defendants
① Chicago Transit Authority President Nora Leershen
② K9 Unit President David Beur
③ Chicago Police Department 1st District Clarry Snelling

To the United States District Court

I, Melvin Q Perkins Plaintiff (Pro Se)
is sending this Document to this United States
District Court pertaining to the United States
Constitutional violations from the Defendants
employees/workers. The individual above are the
overseers of each of its Department and
K9 unit is contracted with the Chicago transit
Authority leaving them responsible for the
action of the K9 unit officers involved in
the excessive force, physical brutality and
Cruel and Unusual punishment and other eighth and
fourteenth amendments violations. The Chicago Police
Department 1st District was the Police Department
who responded to the physical brutality and
excessive force utilized by the K9 unit officers,

Falsely arresting me through an reckless investigation
Confining me to false imprisonment, The United
States Constitutional Amendment Violation are the following

Chicago Police Department - 1st District
1) False Arrest / false imprisonment
2) Reckless Investigation
3) Deliberate Indifference
4) Malicious Prosecution
5) Equal Protection Clause Violation
6) Deliberate fabrication

CTA Chicago Transit Authority / K9 unit
President Nora Leerhsen          / President David Beur
1) Gross Negligence              11) False Report
2) Cruel and Unusual punishment  10) Deliberate fabrication
3) Excessive force
4) Equal Protection Clause Violation
5) Defamation of Character
6) Wanton and Unnecessary Infliction of Pain
7) Intentional Infliction of Emotional Distress
8) Reckless Infliction
9) Maliciously and Sadistically harm
10)                    11/18/2025   Melvin Perkins   Melvin Perkins

United States District Court Northern
District of Illinois Chicago Division

Plaintiff
Melvin Q Perkins

Vs

Defendant
① Chicago Transit Authority Nora Leebsen
② K9 Unit Chicago Unit David Bear
③ Chicago Police Department 1st District Larry Snelling

## Deliberate Fabrication Claim

I, Plaintiff Melvin Q Perkins brings
forth before the United States District
Court Northern District of Illinois Chicago
Division this Deliberate Fabrication Claim.
Defendant of the K9 Unit filed a false
Police Complaint leading to Chicago Police
Department 1st District to falsely
arrest Plaintiff depriving Plaintiff of
liberty. Eventually the case or charge
was taken to the Court but was dismissed
due to the display on the camera footage

Shown the falsehood of the police Complaint.
Unit officer False pobee Complaint

Melvin Perkins #299222 Melvin Perkins
11/18/2025
Indiana Department of Correction
Plainfield Correctional Facility
727 Moon Road
Plainfield, Indiana 46168-9400

United States District Court Northern
District of ILL Chicago Division

Plaintiff
Melvin Q Perkins

Vs

Defendents
① Chicago Transit Authority Nora Leerahser
② K9 Unit Chicago Division David Bear
③ Chicago Police Department 1st District Larry Snelling

Monell Claim

I Plaintiff, Melvin Q Perkins (Pro Se)
bringing forth before this United District Court
Northern District of Illinois Chicago Division
a Monell Claim also against the Defendants
above as the overseers of the above
Departments / Divisions due to deprivation of
my Constitutional Rights from the reckless
conduct of employees of each of these
Department / Division. Each of these Divisions
failed to properly train the individual
Defendants causing Plaintiff pain and suffering
while depriving Plaintiff of his Constitutional
Right.
                    Melvin Q Perkins Melvin Q Perkins
                        11/18/2025

United States District Court Northern
District of Illinois Chicago Division

Plaintiff
Melvin Q Perkins

Vs

Defendant
① Chicago Transit Authority (Nora Leerhsen)
② Chicago Police Department 1st District Larry Snelling
③ K 9 Unit Chicago Unit (David Bear)

To the United States District Court
Northern District of Illinois Chicago Division

I, Plaintiff Melvin Q Perkins Pro Se is
sending this handwritten letter to the United
States District Court presiding over this case
requesting to file this Civil Complaint to the
best of my ability with facts also through
surveillance and body camera Plaintiff is also
requesting to file this Civil Complaint with the
court fees waived being that I am indigent
and without pay. This Civil Complaint states
the physical brutality and Cruel Unusual Punishment
and ask the Courts to take this into consideration
Plaintiff is sending and requesting this respectfully
and thankfully
                                    Melvin Q Perkins  11/18/

Melvin Q Parker #244222
Indiana Department of Correction
Plainfield Correctional Facility
727 Moon Road
Plainfield, Indiana 46168-9400

Name Melvin Perkins DOC# 299275
Dorm G-2-SU

Indiana Department of Correction
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168
This stamp identifies this correspondence as
having been mailed by an offender incarcerated
at the Plainfield Correctional Facility.
"WARNING": Not Responsible for contents
LEGAL MAIL



US POSTAGE PITNEY BOWES
ZIP 46168 $002.17
02 4W
0000349887 NOV 26 2025

**12/08/2025-2**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
DEC 08 2025
RECEIVED

United States District Court
Northern District of Illinois
Chicago Division
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn St.
Chicago, IL 60604

